IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CHARLES EDWARD POWELL,

Defendant.

CRIMINAL ACTION NO.
1:18-CR-00288-LMM-JSA

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [32], which recommends that Defendant be declared incompetent to stand trial. No objections have been filed in response to the Magistrate's Report and Recommendation. Having reviewed the R&R, it is received with approval. The Court therefore **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

Defendant is declared **INCOMPETENT TO STAND TRIAL**. Therefore, in accordance with 18 U.S.C. § 4241(d)(1), the Court **ORDERS** that defendant be committed to the custody of the Attorney General and **ORDERS** that the Attorney General hospitalize defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four (4) months, as is necessary to determine whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the trial to proceed.

It is further **ORDERED** that upon completion of said evaluation, a written report of the findings of the Director of the facility housing defendant is to be furnished to the court, counsel for defendant, and counsel for the government. This report, examination, and evaluation is to be confidential and is not to be released by the parties except upon further order of the court.

It is further **ORDERED** that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the period from August 16, 2018, until completion of the proceedings under 18 U.S.C. § 4142(d), including proceedings before this court to determine defendant's mental competency to stand trial, are excluded from the Speedy Trial Act computation.

The Clerk of Court is **DIRECTED** to serve a copy of this order upon the United States Marshals Service. This matter is **REREFERRED** to the Magistrate Judge to hold a hearing within four months of this Order for a hearing on the question of whether Defendant's capacity has been restored.

**IT IS SO ORDERED** this 7m day of May, 2019.

Leigh Martin May
**United States District Judge**