IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL ACTION NO. |
| | 1:18-CR-00288-LMM-JSA |
| v. | |
| CHARLES EDWARD POWELL, | |
| Defendant. | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"), Dkt. No. [59], which recommends that the Court find Defendant incompetent to stand trial and not restorable. No objections have been filed in response to the Magistrate's Report and Recommendation.[1] Having reviewed the R&R, it is received with approval.

---

[1] The Court is aware that Defendant has filed two letters on the docket. See Dkt. Nos. [61; 62]. To the extent that these letters serve as objections to the R&R, the Court lacks authority to consider them because Defendant is represented by counsel and has not obtained an order of substitution. LCrR 57.1(D)(3), NDGa ("Whenever a party has appeared by attorney, the party may not thereafter appear or act in the party's own behalf in the action or proceeding or take any step therein unless the party has first given notice of the party's intention to the attorney of record and to the opposing party and has obtained an order of substitution from the Court.").

The Court therefore **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Defendant is declared **INCOMPETENT TO STAND TRIAL AND NOT RESTORABLE**. Defendant is **COMMITTED** to the custody of the Attorney General for transport to and hospitalization at FMC Butner, or another appropriate Federal Medical Center, so that the Director of the facility can determine whether a formal certification should issue under 18 U.S.C. § 4246.

**IT IS SO ORDERED** this 18th day of June, 2020.

_____
**Leigh Martin May**
**United States District Judge**